CARL A.R. HITLER JR.
AKA: Renowitzky

V.

Fraudulent Defendants in U.S. Federal Case No. 05656SBA & all Defendants I have filed against.

FILED
SEP 21 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 18 5782 WHO

(PR)

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA  SAN FRANCISCO  DIVISION U.S.A.

EXPARTE COMPLAINT EMERGENCY NOTICE FOR THE PUBLIC'S SAFETY OF THREAT, KIDNAP, FALSE IMPRISONMENT & EXTORTION AGAINST THE UNITED STATES PRESIDENT GENERAL CARL A.R. HITLER JR. U.S.M.C.

CAUSES OF ACTION: 18 U.S.C.A. 879 & 878

The officers of the Marin County Superior Court are in my honest option racist bigots based on thier history of Mass Incarceration and the false imprisonment treatment of my experience. They are educated as Doctorate Jurisprudence of the Law knowing that ignorance of the law is no excuse, furthermore just by a few minutes on the worldwide web would have confirm (U.S. District Court Case No. 05656SBA.)

that I am the only legally standing U.S. Presidential Candidate, which would not create a fraudulent Chain of Command who would be the only legal individual who can take office as the U.S. President & Commander in Chief. Therefore, these Public Officers of the Court are guilty of having committed the offences of this Ex Parte Motion criminal causes of action with the conspiracy agreement between all persons which have accomplished together the unlawful acts in furthering thier evil agreements in the instant case No. CR205320A. The crime of Federal Conspiracy involves all of thier actions that they agreed by all of the evidence prove of court testimonies, instruments and or documents filed fraudulent & falsely within the government court records to decieve the public, including the U.S. Federal Governments investigative reports and government informants, including those who have directed these unlawful acts of crimes. The criminal federal conspiracy shows that all parties alleged in this instant Ex Parte Motion have agreed with one another to commit the offenses, that each one knowingly engaged in the conspiracy with the specific intent to commit the offenses, that each one knowingly engaged in the conspiracy with the specific intent to commit the offenses that were the objects of the conspiracy, and that an overt act in furtherance of the conspiracy

(2)

was committed. Amendment Industry v. Stern, 293 F.R.D. 420 (S.D.N.Y. 2013). The violation of (18 U.S.C.A. §879) threats, orders, uttered, and or wishes which kidnapped falsely imprisoning by extortion of force under this federal title with mandatory imprisonment. Additionally, as the grandson of the President and or Chancellor of Germany I am a foreign Diplomat with immunity as a international protected person exempt and protected against the many fraudulent violations of the crimes which I am a victim of by the alleged Public Officers of the Marin County Superior Court of California which are guilty of the federal Felony of title 18 U.S.C.A. §878 carrying a sentence of twenty years imprisonment including finds. Littlejohn v. State, 2008 OK CR 12, 181 P.3d. 736 (Okla. Crim. App. 2008). 18 U.S.C.A. §371. The unlawful combination resulting from the agreements of every criminal in case No. CR205320A is the essence of the crimes of conspiracy committed by all the overt acts done pursuant necessary by each individual to further the plot as the elements of the evil scheme is the paper trial of false fraudulent documents filed with the criminal court clerks office and the Marin County Superior Court of California recordings which are testimonies giving willfully as oral declarations acknowledging as true confessions of self prosecutions, convictions and judgments upon one another for the Honorable Court Records. "Then some stood up and gave this false testimony against him." Mark 14:57 "Tell us by what authority you are doing these things?" They said. "Who gave you this authority?" Luke 20:2. This case was required to be dismissed

(3)

1-3. 〈 Girl Rno
       A Peu
       G. Crum        Moto fill
       Open Pro
       A Pro Grus (Boat Tide)
       Jonny Woven Pa

within 48 hours after my arrest after being brought before the Marin County Superior Court of California Judge, this appearance is called an initial arraignment. At this arraignment, the charges are made clear informing that the Marin County District Attorney's Office and the Judge made thier determination whether there is adequate reason to pursue criminal charges, this is driven from a paper trial of government filings with civil criminal complaints made by Carl A. Renowitzky at the Marin County Superior Court, U.S. District Court in San Francisco, and a written formal complaint made to the District Attorney's Office of Marin County on or about late December of 2017 explaining the fraudulent acts upon my real property home at 30 Oak Knoll Drive San Anselmos (Sleeply Hollow) CA. on Department of the U.S. Army letterhead as an example public announcement notice requiring law enforcement departments to broadcast this information nationwide for the U.S. Public's Safety. Additionally, the fraudulent filings against my home could have easily been checked out at the Marin County Recorders Office in the same building as the District Attorney's Office, or by internet access, which is commend everyday practice for the officers of the Court to inquirer court cases. Therefore, these criminals can only be guilty of the criminal causes of action alleged herein this Ex Parte Motion with this instant case filings with the Court. "You shall not give

(4)

false testimony against your neighbor." Deuteronomy 5:20. The burden of proof has been established by all of the obvious false filings, indication of oral testimony conspicuous evidence which is beyond a reasonable doubt in any standard criminal case satisfing moral certainty that every element of the crime has been proven by the prosecution, judges themselves including my Attorney as the evidence is conclusive that all reasonable doubts are completed removed from the minds of any ordinary people. The law of evidence is the convicting necessity proving the facts with complete affirmatively of No disputes on any issue can be raised between the conspiroring parties involved. The burden of proof is all of the established filings of false fraudulent instrument documents indicating the degree to which the crimes have been proven upon investigation which has already been done.

24 August 2018

CC. FBI, CIA, DOJ JAG, DOD, CA AG, AG, ATF, HOMELANDS, UNI, INTP, U.S. Attorney DC

Carl A.R. Hitler JR.
U.S. General, United Nations Army of thy Lord